THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LYNDSIE SLAVIN, individually and on behalf of all others similarly situated,

  *Plaintiff,*

v.

COMFRT LLC,

  *Defendant.*

Case No.: 2:25-cv-02394-JLR

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR MINOR EXCEPTION TO LOCAL CIVIL RULE 83.1(d) REQUIREMENT FOR PRO HAC VICE ADMISSION OF HANNAH DAWSON

NOTE ON MOTION CALENDAR:
May 7, 2026

[Proposed] Order Granting Unopposed Motion
for Minor Exception
Case No. 2:25-cv-02394-JLR

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

The Court, having considered Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Hannah Dawson, ORDERS as follows:

The Court GRANTS Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Hannah Dawson. Plaintiff's counsel, Jonas Jacobson, has an office near this District (in Portland, Oregon), is a member of the Washington bar, and is admitted in this District. The Court finds that this justifies an exception to the literal application of LCR 83.1(d)(1) (requiring local counsel with an office in this District) and that Mr. Jacobson may serve as local counsel for purposes of the Pro Hac Vice admission of Ms. Dawson. Ms. Dawson must submit a separate Application for Leave to Appear Pro Hac Vice as detailed in LCR 83.1(d)(1).

**IT IS SO ORDERED.**

Dated: __May 7, 2026__

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Unopposed Motion
for Minor Exception
Case No. 2:25-cv-02394-JLR

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066