UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LYNDSIE SLAVIN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br>        v.<br><br>COMFRT LLC,<br><br>                     Defendant. | Case No. 2:25-cv-02394-JLR<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**[~~PROPOSED~~] ORDER**

The Court having received the Second Stipulated Motion to Extend Time to Respond to Complaint, and good cause appearing thereon, hereby **GRANTS** the Second Stipulated Motion to Extend Time to Respond to Complaint, and

**IT IS THEREFORE ORDERED** that Defendant Comfrt LLC's deadline to File a Response to the Complaint is extended from May 28, 2026, to July 17, 2026.

DATED this 28th day of May, 2026.

_____
Honorable James L. Robart
U.S. District Court Judge

-1-

Presented by:


GORDON REES SCULLY MANSUKHANI, LLP

By:    /s/ *Nicole E. Demmon*
       Nicole E. Demmon (WA Bar No. 45322)
       ndemmon@grsm.com
       *Attorneys for Defendant*
       *Comfrt LLC*


DOVEL & LUNER, LLP

By:    /s/ *Simon Franzini*
       Jonas B. Jacobson (WA Bar No. 62890)
       jonas@dovel.com
       Simon Franzini (WA Bar No. 63689)
       simon@dovel.com
       *Attorneys for Plaintiff*
       *Lyndsie Slavin*

-2-

**ATTESTATION REGARDING SIGNATURES**

I, Nicole Demmon, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 27, 2026                             /s/ Nicole E. Demmon
                                                Nicole E. Demmon

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Courts CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

Dated: May 27, 2026                             /s/ Nicole E. Demmon
                                                Nicole Demmon